# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/23/2017
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:17-M -04409(1) - MAT |
| | § |
| (1) ELBA LUZ DOMINGUEZ-PORTILLO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **10/21/2017** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, Elba Luz DOMINGUEZ-Portillo, an alien to the United States and a citizen of El Salvador, entered the United States from the Republic of Mexico on October 21, 2017, by crossing the Rio Grande River approximately 3.89 miles east of the Bridge of the Americas Port of Entry in El Paso County, Texas, which is located in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers."*

Continued on the attached sheet and made a part of hereof:      [X] Yes   [ ] No

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Morales, Martin
Border Patrol Agent

10/23/2017                                   at   EL PASO, Texas
File Date                                         City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE                    _____
                                                  Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) ELBA LUZ DOMINGUEZ-PORTILLO

FACTS (CONTINUED)

The DEFENDANT, Elba Luz DOMINGUEZ-Portillo, an alien to the United States and a citizen of El Salvador, entered the United States from the Republic of Mexico on October 21, 2017, by crossing the Rio Grande River approximately 3.89 miles east of the Bridge of the Americas Port of Entry in El Paso County, Texas, which is located in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers.

On October 21, 2017, at approximately 10:58p.m., Border Patrol Agent Andres Alarcon observed two individuals walking westbound, north of the Rio Grande River, on levee road located approximately 3.89 miles east of the Bridge of the Americas Port of Entry in El Paso, Texas. Agent Alarcon made contact with the individuals and identified himself as a United States Border Patrol Agent and questioned the individuals as to their citizenship and immigration status. The DEFENDANT Elba Luz DOMINGUEZ-Portillo stated she was a citizen and national of El Salvador with no immigration documents that would allow her to be or remain in the United States legally. Agent Alarcon asked the DEFENDANT where she had entered the Unites States. The DEFENDANT pointed to an area approximately 100 yards east of the Barker Crossover and stated that was where she had crossed the Rio Grande River a few minutes prior. The DEFENDANT was placed under arrest and transported to the Paso Del Norte Border Patrol Processing Center. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing her biographic information and fingerprints. The system returned with negative immigration history and negative criminal history. The DEFENDANT was advised of and read her rights via Form I-214, and she acknowledged that she understood her rights by signing the form. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE