```
              IN THE UNITED STATES MAGISTRATE COURT
                    WESTERN DISTRICT OF TEXAS
                         EL PASO DIVISION


UNITED STATES OF AMERICA      )
                              )
v                             )   No. EP:17-MJ-04409(1)MAT
                              )
ELBA LUZ DOMINGUEZ-PORTILLO   )


                       INITIAL APPEARANCE
              BEFORE THE HONORABLE MIGUEL A. TORRES
                  UNITED STATES MAGISTRATE JUDGE
                        OCTOBER 23, 2017


APPEARANCES:

****NONE ANNOUNCED*****
```

Interpreter:           Provided as required

Proceedings recorded by electronic recording.

Transcript produced by Rhonda McCay, CSR, RPR.

1        (Proceedings called to order)
2        THE COURT: All right. Agents, please, raise
3  your right hand.
4        (Agents sworn)
5        THE COURT: All right. Have a seat, please.
6        All right. If anybody that is being assisted
7  by the interpreter that's using the headset, if you have
8  trouble with the headset during the hearing, please,
9  make sure you get my attention or the interpreter's
10 attention right away so that we can take care of that
11 problem, please.
12       I'm going to ask all of you, please, as I'm
13 sure the interpreter has told you, to, please, answer in
14 a good strong voice so that we can hear you loud and
15 clear, and so that she can hear you loud and clear,
16 please.
17       Okay. We are here to conduct your initial
18 appearance today.
19       I'm Judge Torres. At this hearing, I will
20 advise you of the charges that you face, of the rights
21 that you have. i will advise you -- I'm required to
22 tell you of the possible maximum punishment that you can
23 face.
24       I will give you information regarding your
25 attorney, time and date of your next hearing, and I'll

```
 1  also discuss your situation regarding bond.
 2          Now, I need to advise you of some important
 3  rights at this time.
 4          First, you do have the right to remain silent.
 5  You don't have to answer any questions about your case.
 6  Anything that you say can be used against you in court.
 7          Starting with those of you that are sitting
 8  here against the wall over here to my left, do you
 9  understand your right to remain silent?
10          (All respond "Yes")
11          THE COURT:  Okay.  In the back row over here to
12  my left, do you understand your right to remain silent?
13          (All respond "Yes")
14          THE COURT:  Okay.  And, actually, on this side
15  of the room, do all of you understand your right to
16  remain silent?
17          (All respond "Yes")
18          THE COURT:  Now, you also have the right to an
19  attorney.  You can hire the attorney of your choice or I
20  will appoint one for you if you cannot afford an
21  attorney.
22          Starting with those of you sitting against the
23  wall over here, do you understand that you have the
24  right to have a lawyer represent you on these charges?
25          (All respond "Yes")
```

1           THE COURT:  In the back row over here to my
2  left, do you understand that you have the right to have
3  a lawyer represent you on these criminal charges?
4           (All respond "Yes")
5           THE COURT:  Okay.  And over here on this side
6  of the room, do you understand that you have the right
7  to have a lawyer represent you on these charges?
8           (All respond "Yes")
9           THE COURT:  Okay.  And if you don't have the
10 money to hire a lawyer, I will appoint a lawyer for you.
11          Is there anybody here who has already hired an
12 attorney?
13          (No response)
14          THE COURT:  Okay.  Then I will appointing a
15 lawyer for all of you who cannot afford one.
16          Let me go ahead and ask some questions
17 regarding your finances.  I need to make sure that you
18 qualify for an appointed lawyer, so I need to take some
19 information before I do that.
20          Stand up if any of these -- if your answer is
21 in the affirmative to any of these questions, if your
22 answer is yes to any of these questions.
23          Does anybody -- does anybody in this group own
24 their own home or any land our buildings?  Anybody?
25          (No response)

1          THE COURT:  Okay.  For the record, there are no
2  affirmative answers to that question.
3          Is there anybody here who has over $500 in any
4  bank account they have access to or in their jail
5  commissary?
6          (No response)
7          THE COURT:  For the record, let me note that
8  nobody has answered in the affirmative.
9          Based on this information, I will qualify you
10 for an appointed lawyer.
11         Now, let me go ahead and call on you
12 individually.  If you would please stand up and remain
13 standing when I call your name and also please say
14 "Present" when I call your name.
15         (Proceedings continued but are not made a part
16 of this record)
17         THE COURT:  Elba Luz Dominguez-Portillo?
18         THE DEFENDANT:  Present.
19         (Proceedings continued but are not made a part
20 of this record)
21         THE COURT:  Okay.  That's all of you.  So each
22 one of you is charged with a misdemeanor offense of
23 illegal entry or illegal entry into the United States.
24 This is a misdemeanor charge.  It carries a possible
25 sentence of anywhere from no time in jail up to a

1  possible maximum of six months in jail, a fine of
2  anywhere from zero up to $5,000 and a $10 special
3  assessment.  That is the possible maximum sentence.
4          In each one of your cases, I am setting bond at
5  $5,000 cash or corporate surety.
6          Now, if any you have have any intention of
7  either yourselves or your family paying your bond, I
8  would strongly recommend that you speak to your attorney
9  before you make that financial commitment.  Your
10 attorney may make you aware of certain facts that could
11 influence your decision as to whether or not you put
12 down this money.  So just talk to your attorney if
13 you're thinking about doing that.
14         For those you have that are standing up against
15 the wall over here -- who is the last one?  Let me have
16 a moment.
17         (Proceedings continued but are not made a part
18 of this record)
19         THE COURT:  Everybody from Mr. Hernandez-Neti
20 [phonetic] on this way, so all of you against the wall
21 over here, I'm appointing Omar Carmona to represent you.
22 And he's an attorney in private practice that takes
23 appointments in criminal cases like this.  Your court
24 hearing is set -- your next court hearing is set on
25 November 1st at 2:00 in the afternoon.

1          (Proceedings continued but are not made a part
2    of this record)
3          THE COURT:  Now, let me just tell you briefly,
4    at this next court hearing, several things can happen,
5    and it's basically whatever your decision is.  You can
6    ask for more time, if you need more time, to prepare
7    your case or your defense.
8          You can ask for a trial.  A trial is a
9    proceeding in which you are contesting these criminal
10   charges against you.
11         If you ask for a trial, I'll do my very best to
12   set you for a trial within two weeks, three weeks at the
13   most, all right?  Or on that day, you can also plead
14   guilty and be sentenced on that day, if you decide.
15         Now, talk to your attorney first.  Your
16   attorney will be by to see you sometime this week, and
17   your attorney will give you advice as to how he thinks
18   you should proceed, and then you can make up your own
19   minds as to what you want to do, and you can let me know
20   on this next court hearing on November 1st in all of
21   your cases.
22         I want to also inform all of you -- each one of
23   you that -- it's probably hard to see from where you're
24   standing -- but each one of you is charged by a document
25   that looks something like this.  The important things in

1 that document are that they list the date of your
2 alleged offense, okay -- and you are just accused at
3 this time -- the date of your alleged offense, the place
4 of your alleged offense, and there is an affidavit sworn
5 to by one of the agents involved in your case that
6 describes and details the facts in support of this
7 allegation by the government. Of course, it's an
8 allegation and you do have the right to contest it.
9     Your attorney will answer all of these
10 questions for you.
11     Now, have all -- is there -- have all of you
12 understood everything I've just discussed with you?
13     (All respond "Yes")
14     THE COURT: Okay. Is there anybody here that
15 did not understand something that I just went over with
16 you? Anybody?
17     (No response)
18     THE COURT: Is there also anybody in this group
19 that was accompanied by either their minor child or a
20 minor sibling? Somebody below the age of 18. Anybody
21 in the group?
22     (No response)
23     THE COURT: I mean, a relative is what I'm
24 talking about.
25     Ma'am -- and it's Ms. -- let me have just a

1   moment -- Ms. Dominguez-Portillo.  May I ask you, who
2   was accompanying you?
3           THE DEFENDANT:  My daughter.
4           THE COURT:  How old is she?
5           THE DEFENDANT:  16.
6           THE COURT:  May I ask you her name?
7           THE DEFENDANT:  Jocelyn Paola.
8           THE COURT:  Dominguez also?
9           THE DEFENDANT:  Luna-Dominguez.
10          THE COURT:  Luna-Dominguez.
11          THE COURT:  When you were arrested, at the time
12  of your separation, were you provided any information as
13  to how to find out about her whereabouts or her
14  well-being?
15          THE DEFENDANT:  No.  They did not want to tell
16  me.
17          THE COURT:  They didn't give you any paperwork?
18          THE DEFENDANT:  No.
19          THE COURT:  Well, ma'am, please, discuss this
20  with your attorney, okay?  And your attorney may be able
21  to assist you in at least finding out some basic
22  information about where she is.  Okay.  Is there
23  anybody -- just make sure you discuss that with your
24  attorney when your attorney goes out to see you,
25  Mr. Carmona.

1        Anybody else like Ms. Dominguez, who was
2   accompanied by a minor child or a minor sibling?
3   Anybody?
4        (No response)
5        THE COURT:  Okay.  Very well.  Then, you will
6   be meeting with your attorney in the very near future.
7   Hopefully, this week.  Your attorney will explain to you
8   in detail everything that we've discussed today.
9        In a few minutes, you will receive written
10  notice that your hearing has been set.  This written
11  notice will contain the name and contact information of
12  your lawyer should you need to reach your lawyer before
13  they go out to visit.
14        At this point, I'll turn you over to the
15  custody of the U.S. Marshals.  We're in recess.
16        (Proceedings concluded)

1          CERTIFICATE OF ELECTRONIC RECORDING

2

3          I, Rhonda McCay, CSR, RPR, certify that the
4 foregoing is a correct transcription from the electronic
5 recording of the proceedings in the above-entitled
6 matter.
7          I further certify that I am neither counsel
8 for, related to, nor employed by any of the parties to
9 the action in which this electronic recording was taken,
10 and further that I am not financially or otherwise
11 interested in the outcome of the action.
12          Signed this 7th day of November, 2017.

13

14

15    /s/ Rhonda McCay_____
      Rhonda McCay, RPR, CSR 4457
16    Date of Expiration:  12/31/2018
      REPORTERS INK, LLC
17    221 North Kansas, Suite 1101
      El Paso, Texas 79901
18    Ph.: 915.544.1515