Immigration and Naturalization Service

## AVISO DE DERECHOS

File No. _____

Antes de que le hagamos cualquier pregunta, usted debe de comprender sus derechos:

Usted tiene el derecho de guardar silencio.

Cualquier cosa que usted diga puede ser usada en su contra en un juzgado de leyes, o en cualquier procedimiento administrativo o de inmigracion.

Usted tiene el derecho de hablar con un abogado para que el le aconseje antes de que le hagamos alguna pregunta, y de tenerlo presente con usted durante las preguntas.

Si usted no tiene el dinero para emplear a un abogado, se le puede proporcionar uno antes de que le hagamos alguna pregunta, si usted lo desea.

Si usted decide contestar nuestras preguntas ahora, sin tener a un abogado presente, siempre tendra usted el derecho de dejar de contestar cuando guste. Usted tambien tiene el derecho de dejar de contestar cuando guste, hasta que pueda hablar con un abogado.

(He leido o me han leido) esta declaracion sobre mis derechos, y comprendo cueles son.

_[signature]_ 10-22-2017  2342  PDT El Paso TX
(Firma)       (Fecha y hora)   (Lugar)

_Freddie Vasquez_      _Ismael Vaquera_
(Firma de Oficial de Inmigracion)    (Firma del testigo)

### RENUNCIA

Estoy dispuesto a prestar declaraciones y a contestar preguntas. Por el momento no deseo tener un abogado. Comprendo y estoy consciente de lo que estoy haciendo. No he sido objeto de promesas, amenazas, presion o coercion de ninguna clase.

_Refused_   10-22-17 · 2343   PDT El Paso TX
(Firma)     (Fecha y hora)     (Lugar)

### CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he also read it and has affixed his signature hereto in my presence.

_Freddie Vasquez_
Immigration Officer's Signature

_Ismael Vaquera_
Witness' Signature

_____
Interpreter's Signature                        Language _____

_____
Interpreter's Address

### INTERVIEW LOG

1. Person interviewed _____  2. Officer(s) _____

_____ 3. Place (exact address and identity of room) _____

_____ 4. Date _____

5. Exact Time place of encounter or arrest _____

6. If transported from place of encounter to interrogation point, show exact time involved. _____

    Note whether interrogation continued during transporting _____

7. Officers making arrest and/ or transporting subject _____

8. Time interview began _____ 9. Time subject or suspect advised of right to remain silent and fact any

    statement could be used against him in court and name of officer furnished advise _____

    _____ 10. Time subject advised of right to presence of counsel,

    retained or appointed and name of officer furnishing advise _____

11. Time questioning concluded _____ 12. Time written statement commenced _____

13. Person preparing statement _____ 14. Time statement completed _____

15. Time statement reviewed by person interviewed _____ 16. Time statement signed _____

17. Record of requests and complaints of subject and actions taken thereon _____

_____

JOINT EXHIBIT B

( if additional space required, continue on an attachment.)                Form I-214 (Spanish)