

JOINT
EXHIBIT
6





















