# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| ELBA LUZ DOMINGUEZ-PORTILLO, | § | Nos. EP:17-MJ-04409-MAT |
| MAYNOR ALONSO CLAUDINO LOPEZ, | § | EP:17-MJ-04456-MAT |
| JOSE FRANCIS YANES-MANCIA, | § | EP:17-MJ-04461-MAT |
| NATIVIDAD ZAVALA-ZAVALA, and | § | EP:17-MJ-04462-MAT |
| BLANCA NIEVE VASQUEZ-HERNANDEZ, | § § | EP:17-MJ-04499-MAT |
| Defendants. | § | |

## GOVERNMENT'S MOTION TO WITHDRAW
## THE MOTION FOR LEAVE TO FILE UNDER SEAL

On January 31, 2018, the Government filed a Motion for Leave to File Under Seal which included as an attachment the Government's Reply in Further Support of Its Motion to Amend/Correct the Court's Opinion.

This Motion was filed in error. Accordingly, the Government now moves to withdraw said Motion without prejudice to refiling the Government's Motion to Seal and the Government's Reply as two separate and unsealed documents.

WHEREFORE the Government requests the Court grant its Motion to Withdraw the Motion for Leave to File Under Seal.

                                              Respectfully submitted,

                                              JOHN F. BASH
                                              UNITED STATES ATTORNEY

By:    /s/
        DOUGLAS C. RENNIE
        Special Assistant U.S. Attorney
        New York Bar #4108031
        700 E. San Antonio, Suite 200
        El Paso, Texas 79901
        (915) 534-6884

## CERTIFICATE OF SERVICE

It is hereby certified that February 1, 2018, the foregoing document was filed with the Clerk of the Court and served on counsel of record through the CM/ECF system.

                                              /s/
                                              DOUGLAS C. RENNIE
                                              Special Assistant U.S. Attorney