UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| NATIVIDAD ZAVALA-ZAVALA | ) EP-17-MJ-4462-MAT |
| BLANCA NIEVE VASQUEZ-HERNANDEZ | ) EP-17-MJ-4499-MAT |
| ELBA LUZ DOMINGUEZ-PORTILLO | ) EP-17-MJ-4409-MAT |
| JOSE FRANCIS YANES-MANCIA | ) EP-17-MJ-4461-MAT |
| MAYNOR ALONSO CLAUDINO-LOPEZ | ) EP-17-MJ-4456-MAT |

*SUPPLEMENTAL MEMORANDUM* REGARDING DEFENDANTS'
AMENDED RESPONSE & OBJECTION
TO GOVERNMENT'S MOTION TO AMEND/CORRECT
THE COURT'S OPINION

Parents-Defendants Elba Luz Dominguez-Portillo, Natividad Zavala-Zavala, Jose Francis Yanes-Mancia, Blanca Nieve Vasquez-Hernandez, and Maynor Alonso Claudino-Lopez, by and through the undersigned attorney, file this Supplement to their previously filed "Amended Response & Objection to Government's Motion to Amend/Correct the Court's Opinion."

**To recapitulate:** on November 7, 2017, Parents-Defendants filed a motion to dismiss. On November 27, 2017, at a hearing on the motion to dismiss, Magistrate Judge Miguel A. Torres denied the Parents-Defendants' motion. On December 1, 2017, Magistrate Torres found the Parents-Defendants guilty of illegal entry misdemeanors under 8 U.S.C. § 1325 and sentenced them to probation. On December 14, 2017, the Parents-Defendants filed their *notice of appeal.* On January 5, 2018, Magistrate Torres issued a written opinion of his denial of the Parents-

Defendants' motion to dismiss.

On January 17, 2018, the government filed a "motion to amend/correct the court's opinion" by Magistrate Torres that denied the Parents-Defendants' motion to dismiss. On February 6, 2018, the Parents-Defendants filed their amended response.

However, in the interest of justice and to apprise the court of a new development, Parents-Defendants file this Supplement to include *a decision* made **last week** by an immigration judge in one case, and *recent* copies of the case-closure summaries in the rest of the cases. Specifically, on February 21, 2018, an immigration judge granted an immigration bond in the case of Parent-Defendant Vasquez-Hernandez. Accordingly, attached is a copy of the immigration judge's signed order. See attached Parents-Defendants' **Exhibit "X."**

                                         Respectfully submitted,
                                         MAUREEN SCOTT FRANCO
                                         Federal Public Defender
                                         /s/
                                         SERGIO GARCIA
                                         Assistant Federal Public Defender
                                         Western District of Texas
                                         700 E. San Antonio, D-401
                                         El Paso, Texas   79901
                                         (915) 534-6525

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                     /s/
                                —————————————
                                Sergio Garcia
                                Attorney for Defendant

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
EL PASO, TX

IN THE MATTER OF:

VAZQUEZ-HERNANDEZ, BLANCA NIEVE

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

____ ORDERED that the request for a change in custody status be denied.

__X__ ORDERED that the request be granted and that respondent be:

____ released from custody on his own recognizance

__X__ released from custody under bond of $ 7500

__X__ OTHER   GPS Monitoring @ DHS Discretion

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: (waived) -- reserved

EL PASO -- EL PASO SERVICE PROCESSING CENTER

Date:  Feb 21, 2018

WILLIAM L. ABBOTT
Immigration Judge

XS




## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | | |
|---|---|---|---|
| Date Case Closed: | 01/09/2018 | Alien was removed with the following biographical information: | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | A-Number: | |
| Date Departed: | 01/08/2018 | Name: | CLAUDINO LOPEZ, MAYNOR ALONSO |
| Port Departed: | VALLEY INTERNATIONAL AIRPORT | DOB: | 08/08/1978 |
| | | COB: | HONDURAS |
| Departure Country: | HONDURAS | COC: | HONDURAS |
| Expense Code: | 1-ICE/Agency | Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/23/2017 | 8 USC 1325 | | ENTRY OF ALIEN AT IMPROPER TIME OR PLACE MISREP/CONCEALMENT OF FACTS | Sustain | |
| 10/23/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | Sustain | |
| 10/23/2017 | 212a7AII | I7A1 | IMMIGRANT WITHOUT AN IMMIGRANT VISA | Sustain | X |



Ex. X
3 of 5
272
ER (12-28-17)

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | | |
|---|---|---|---|
| Date Case Closed: | 02/22/2018 | Alien was removed with the following biographical information: | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | A-Number: | ▇▇▇▇▇ |
| | | Name: | ZAVALA-ZAVALA, NATIVIDAD |
| Date Departed: | 02/07/2018 | DOB: | 12/24/1955 |
| Port Departed: | EL PASO, TX | COB: | HONDURAS |
| Departure Country: | HONDURAS | COC: | HONDURAS |
| Expense Code: | 1-ICE/Agency | Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/22/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | | |
| 10/22/2017 | 212a7AII | I7A1 | IMMIGRANT WITHOUT AN IMMIGRANT VISA | Sustain | X |

EX. X
4 of 5
266.
ER (12-21-17)

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | | |
|---|---|---|---|
| Date Case Closed: | 02/21/2018 | Alien was removed with the following biographical information: | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | A-Number: | ███████ |
| | | Name: | YANES-MANCIA, JOSE FRANCIS |
| Date Departed: | 02/07/2018 | DOB: | 12/03/1973 |
| Port Departed: | EL PASO, TX | COB: | HONDURAS |
| Departure Country: | HONDURAS | COC: | HONDURAS |
| Expense Code: | 1-ICE/Agency | Comments: | |

**Charges** -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/22/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | | |
| 10/22/2017 | 212a7Aii | I7A1 | IMMIGRANT WITHOUT AN IMMIGRANT VISA | Sustain | X |

EX "X"
Sep-5
254
(J (1-10-18)

## Case Closure

This case is currently Closed and can be deleted once the case is reopened(historical cases can be re-opened by Super Users only).

| | | | |
|---|---|---|---|
| Date Case Closed: | 02/12/2018 | Alien was removed with the following biographical information: | |
| Depart-Cleared Status: | 8-Excluded/Removed - Inadmissibility | A-Number: | ▓▓▓▓▓ |
| | | Name: | DOMINGUEZ PORTILLO, ELBA LUZ |
| Date Departed: | 02/07/2018 | | |
| Port Departed: | PHOENIX, AZ | DOB: | 11/19/1968 |
| Departure Country: | EL SALVADOR | COB: | EL SALVADOR |
| Expense Code: | 1-ICE/Agency | COC: | EL SALVADOR |

Charges -- Charges marked with a Disposition of Sustained the section of law under which the alien was removed. The Charge with an X in the Final Charge column has been marked as the Final Charge, or most severe charge, under which the alien was removed.

Comments:

| Charged | Section | DACS | Description | Disposition | Final Charge |
|---|---|---|---|---|---|
| 10/21/2017 | 8 USC 1182 | | ALIEN INADMISSIBILITY UNDER SECTION 212 | Sustain | |
| 10/21/2017 | 212a6Ai | I6A | ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs) | Sustain | X |